USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/28/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE EXPORT-IMPORT BANK OF THE
REPUBLIC OF CHINA,

      Plaintiff,

    v.

REPUBLIC OF GUINEA-BISSAU,
MINISTRY OF PUBLIC WORKS OF
REPUBLIC OF GUINEA-BISSAU,
CENTRAL BANK OF GUINEA-BISSAU
and CENTRAL BANK OF WEST AFRICAN
STATES,

      Defendants.

No. 16-CV-4907 (RA)

ORDER AND NOTICE
OF INITIAL CONFERENCE

---

RONNIE ABRAMS, United States District Judge:

 This case has been assigned to me for all purposes. It is hereby:

 ORDERED that counsel for all parties appear for an initial status conference on September 9, 2016 at 3:45 p.m. in Courtroom 1506 of the U.S. District Court for the Southern District of New York, 40 Foley Square, New York, New York.

 IT IS FURTHER ORDERED that, by September 2, 2016, the parties submit a joint letter, not to exceed five (5) pages, providing the following information in separate paragraphs:

1.  A brief description of the nature of the action and the principal defenses thereto;

2.  A brief explanation of why jurisdiction and venue lie in this Court. If any party is a corporation, the letter shall state both the place of incorporation and the principal place of business. If any party is a partnership, limited partnership, limited liability company or trust, the letter shall state the citizenship of each of the entity's members, shareholders, partners and/or trustees;

3. A brief description of all contemplated and/or outstanding motions;

4. A brief description of any discovery that has already taken place, and/or that which will be necessary for the parties to engage in meaningful settlement negotiations;

5. A brief description of prior settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

6. The estimated length of trial; and

7. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

IT IS FURTHER ORDERED that, by September 2, 2016, the parties jointly submit to the Court a proposed case management plan and scheduling order. A template for the order is available at http://nysd.uscourts.gov/judge/Abrams. The status letter and the proposed case management plan should be filed electronically on ECF, consistent with Section 13.1 of the Court's Electronic Case Filing (ECF) Rules & Instructions, available at http://www.nysd.uscourts.gov/ecf/ecf_rules_080113.pdf.

Plaintiff is ordered to serve Defendants with a copy of this order and to file an affidavit on ECF certifying that such service has been effectuated.

SO ORDERED.

Dated: June 28, 2016
New York, New York

Ronnie Abrams
United States District Judge