<table>
<tr><td>

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2017

</td><td>

Application granted. It is hereby ordered that
the conference scheduled for January 6, 2017 is
adjourned to January 13, 2017 at 11:45 A.M.

SO ORDERED.

Hon. Ronnie Abrams
1/5/2017

</td></tr>
</table>



## PERMANENT MISSION OF THE REPUBLIC OF GUINEA-BISSAU
## TO THE UNITED NATIONS

**PMGB/LTR/003/17**

**The Honorable Ronnie Abrams**
**United States District Court**
**Southern District of New York**
**Thurgood Marshall United States Courthouse**
**40 Foley Square, Room 2203**
**New York, NY 10007**

# MEMO ENDORSED

January 5th 2017

**Subject:** Case No. 16-cv-04907
Export-Import Bank of the Republic of China V. Republic of
Guinea-Bissau, Ministry of Public Works of Guinea-Bissau and
Central Bank of West African States
Scheduling Conference January 6, 2017

Dear Judge Abrams,

I have the honor of addressing you to inform that the delegation from
the Ministry of Economy and Finances will be unable to arrive New
York in time for the Scheduling Conference scheduled for tomorrow,
January 6, 2017.

It is unfortunate but they run into unexpected visa issues and since
the United States does not have any Embassy in Bissau, the matter
had to be resolved in Dakar, Senegal. By the time the matter was
resolved, it was too late to arrive in New York in time for the
Scheduling Conference tomorrow.

We have now been informed that the delegation will be arriving in New York on Monday at the latest and will formalize retaining New York counsel.

We are thus requesting if the Scheduling Conference can be postponed for some time next week because the delegation would also want to attend the Conference to better understand the process in the courts of the United States.

We realize that this will require adjustment on the court's schedule but we are confident that the government will have everything in place by next week.

Please, accept Your Honor, the assurances of my highest consideration and a gratitude of my government for your understanding.

Sincerely,

By

João Soares da Gama
Ambassador
Permanent Representative of
Guinea-Bissau to the United Nations

Cc: **Andrew T. Solomon**
   **Sullivan & Worchester LLP**
   **1633 Broadway, 32nd Floor**
   **New York, NY 100019**

   **Caitlin C. Fahey**
   **Sullivan & Worcester, LLP**
   **1633 Broadway, 32 Floor**
   **New York, NY 10019**

   **Paul Summit**
   **Sullivan & Worcester, LLP**
   **One Post Office Square**
   **Boston, MA 02140**

336 East 45th Street 13 FL New York, N.Y.10017 Tel:1.212.896.8311
Fax:1.212.896.8313